

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00339-CR

## EX PARTE TIMOTHY MICHAEL BARNETT

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2013-2468-1**

## ORDER

Timothy Michael Barnett's appeal of the trial court's denial of Barnett's pretrial application for writ of habeas corpus was dismissed by this Court on March 13, 2014. *Ex parte Barnett*, No. 10-13-00339-CR, 2014 Tex. App. LEXIS 2835 (Tex. App.—Waco Mar. 13, 2014, no pet. h.) (publish). He has now filed a motion requesting this Court to immediately issue our mandate pursuant to Rule 18.1(c). TEX. R. APP. P. 18.1(c). Barnett indicates in his motion that the State agrees to the early issuance of our mandate. *Id*.

Barnett's motion is granted and the Clerk is ordered to issue the mandate in this appeal on the same date this order is issued.

PER CURIAM

Before Chief Justice Gray,
　　　　Justice Davis, and
　　　　Justice Scoggins
Motion granted
Order issued and filed May 1, 2014